IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MURRAY LARSON and JOAN LARSON, et. al. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 8:00CV529 and consolidated cases 8:00CV530   8:00CV531 8:00CV532   8:00CV533 8:00CV534   8:00CV535 8:00CV536   8:00CV537 8:01CV27   8:01CV28 8:02CV293 |
| Plaintiffs, | | |
| vs. | | |
| TYSON FRESH MEATS, INC., f/k/a IBP, INC., | | ORDER CONTINUING TRIAL AND STAYING CASES PENDING APPEAL |
| Defendant. | | |

This matter is before the Court on the Joint Motion to Continue Trial and for Stay Pending Outcome of Related Appeal.  The parties have shown good cause to continue the trial scheduled in *Larsen* case, and to stay *Larsen* and the other consolidated cases pending the outcome of a related case, *Carol Marmo v. Tyson Fresh Meats, Inc., f/k/a IBP, Inc.,* Case No. 05-1906, pending in United States Court of Appeals for the Eighth Circuit.  Accordingly,

IT IS ORDERED:

1. The Joint Motion to Continue Trial and for Stay Pending Outcome of Related Appeal **is granted** (8:00CV529, Filing No. 414; 8:00CV530, Filing No. 386; 8:00CV531, Filing No. 391; 8:00CV532, Filing No. 387; 8:00CV533, Filing No. 394;  8:00CV534, Filing No. 392;  8:00CV535, Filing No. 390; 8:00CV536, Filing No. 385;  8:00CV537, Filing No. 388; 8:01CV27, Filing No. 402; 8:01CV28, Filing No. 377;  8:02CV293, Filing No. 317);

2. The Clerk is directed to strike from Case No. 8:00CV531, Filing No. 390 as duplicative of Filing No. 391; and

3. The cases are stayed pending the outcome of the *Marmo* appeal and further order of this Court.

Dated this 14th day of July, 2005.

                                          BY THE COURT:

                                          s/Laurie Smith Camp
                                          United States District Judge